# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.  
V.  
Steven Boggiano

CITATION/CASE NO. 6:11-mj-0142-MJS

**_JUDGMENT and ORDER TO PAY_**

SOCIAL SECURITY #: _____  
DATE OF BIRTH: _____  
DRIVER'S LICENSE #: _____  
ADDRESS: _____  

City     State     Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

_I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT._

DATE: _____

_____  
Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

[X] Penalty ASSESSMENT of $ 10.00       [ ] RESTITUTION of $ _____  
[ ] PROCESSING Fee of $ _____     [X] FINE of $ 890.00  

for a TOTAL AMOUNT of $ 900.00,

paid within _____ OR payments of $ 100.00 per month, commencing 10/31/11 and due on the _____ of each month until PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.

[ ] REVIEW/ Post Sentencing HEARING DATE: _____ at _____ a.m./p.m. in Courtroom _____  
[ ] Compliance HEARING: _____ at _____ a.m./p.m. in Courtroom _____  
[ ] RESTITUTION / VICTIM information _____  
[ ] COMMUNITY SERVICE _____ with fees not to exceed $ _____  
to be completed by _____ with Proof mailed to the Clerk Of Court.  
[ ] TRAFFIC SCHOOL by _____ with Proof mailed to _____  
[X] PROBATION to be unsupervised / supervised for: Unsupervised Probation for 12 months. Terms & conditions: Obey all laws, complete one 1st Offenders program

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

[ ] CENTRAL VIOLATIONS BUREAU  
PO Box 71363  
Philadelphia, PA 19176-1363  
1-800-827-2982

[ ] CLERK U.S.D.C.  
501 "I" St., #4-200  
Sacramento, CA 95814

[X] CLERK U.S.D.C  
2500 Tulare St., Rm 1501  
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 10/18/2011

_____  
U.S. MAGISTRATE JUDGE